1054

[No. 27801-4-II. Division Two. April 29, 2003.]

PENELOPE'S, INC., *Appellant*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Pierce County, No. 99-2-04985-9, Sergio Armijo, J., entered August 3 and 31, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28002-7-II. Division Two. April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSÉ HENRIQUE SILVA MACIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01859-2, Stephanie A. Arend and Sergio Armijo, JJ., entered October 22, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28163-5-II. Division Two. April 29, 2003.]

THE CITY OF BREMERTON, *Respondent*, v. WILLIAM J. SESKO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-01748-5, M. Karlynn Haberly, J., entered December 3, 2001. *Dismissed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28214-3-II. Division Two. April 29, 2003.]

SOUTHERN PACIFIC FUNDING CORP., *Respondent*, v. APEX ENGINEERING, P.L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-13161-1, Katherine M. Stolz, J., entered December 18, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.